AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 23, 2023**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| JIM HATLEY and BRENDA HATLEY<br>*Plaintiff*<br>v.<br>MCCARTHY & HOLTHUS LLP, QUALITY LOAN SERVICE CORP WASHINGTON, SELECT PORTFOLIO SERVICING, INC., WILSON REAL ESTATE LLC, DONALD AND LASHELE CHURCH<br>*Defendant* | Civil Action No. 1:23-CV-03007-MKD |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Complaint, ECF No. 1, is DISMISSED without prejudice. Judgment of Dismissal is entered.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge MARY K. DIMKE on Report and Recommendation ECF No. 22.

Date: 8/23/2023

CLERK OF COURT

SEAN F. McAVOY

s/ Wendy Kirkham
*(By) Deputy Clerk*

Wendy Kirkham